IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEXANDER LAMAR
PRINCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4857

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Joe Hamrick, Rick A. Sichta, and Susanne K. Sichta of The Sichta Firm, LLC, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.